# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| FRANCIS L. MURPHY III,<br><br>                Plaintiff,<br><br>vs.<br><br>CONVERGENT OUTSOURCING, INC.,<br><br>                Defendant. | Case No. 2:12-cv-01693-MMD-PAL<br><br>**ORDER**<br><br>(Mtn for CM/ECF Access - Dkt. #5) |

      This matter is before the court on Plaintiff Francis L. Murphy III's Motion to File CM/ECF (Dkt. #5) filed October 23, 2012. Mr. Murphy is proceeding in this action pro se and filed his Complaint (Dkt. #1) on September 26, 2012. Plaintiff has not yet filed proof of service. Pursuant to Rule 4(m) of the Federal Rules of Civil Procedure, the Complaint and summons must be served no later than January 13, 2012. The instant Motion seeks for access to the court's Case Management/Electronic Case Filing ("CM/ECF") system. Plaintiff represents he has reviewed the court's CM/ECF tutorial and other information available on the court's website about using CM/ECF.

      Having reviewed and considered the matter, and good cause appearing,

      **IT IS ORDERED** that Plaintiff's Motion to File CM/ECF (Dkt. #5) is GRANTED. Plaintiff must comply with the following procedures in order to activate his CM/ECF account:

      a.    On or before **November 19, 2012,** Plaintiff must provide certification that he has completed the CM/ECF tutorial and is familiar with Electronic Filing Procedures, Best Practices, and the Civil & Criminal Events Menu that are accessible on this court's website, www.nvd.uscourts.gov.

      b.    Plaintiff is not authorized to file electronically until said certification is filed with the court within the time frame specified.

    c.    Upon timely filing of the certification, Plaintiff shall contact Robert Johnson at the CM/ECF Help Desk at (702) 464-5555 to set up Plaintiff's CM/ECF account.

Dated this 5th day of November, 2012.

_____
PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE