# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| FRANCIS L. MURPHY III, | Case No. 2:12-cv-01693 -APG-PAL |
|---|---|
| Plaintiff, | **ORDER OF DISMISSAL WITH PREJUDICE** |
| v. | |
| CONVERGENT OUTSOURCING, INC. | |
| Defendant. | |

On February 21, 2013, Plaintiff filed a Motion to Voluntarily Dismiss with Prejudice [Dkt #12], asserting that the parties have resolved their disputes. No Opposition to that Motion has been filed. Accordingly,

**IT IS HEREBY ORDERED** that this matter is DISMISSED with prejudice.

Dated: May 16, 2013

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE