# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

* * *

| FRANCIS L. MURPHY III,<br><br>Plaintiff,<br><br>v.<br><br>CONVERGENT OUTSOURCING, INC.<br><br>Defendant. | Case No. 2:12-cv-01693 -APG-PAL<br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |
|---|---|

On February 21, 2013, Plaintiff filed a Motion to Voluntarily Dismiss with Prejudice [Dkt #12], asserting that the parties have resolved their disputes. No Opposition to that Motion has been filed. Accordingly,

**IT IS HEREBY ORDERED** that this matter is DISMISSED with prejudice.

Dated: May 16, 2013

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE